**FILED**
JUN 16 2010
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
_____ DIVISION

CHRIS REICHERT            CASE # 10-5041

PLANTIFF(S)

Department of State
Office of Personnel Management

DEFENDANTS

---

CLAIM (S)

1. Unfair unemployment practices
   JOB CODING
2. Discrimination

PLANTIFF REQUESTS THE FOLLOWING

1. Reinstatement
2. Back pay for years to present; 95-09 rate, with steps
3. Pain & Suffering  4. Civil Penalties de rate
5. Personel Practice Changes

DATED THIS __15__ (day) of __June__ (month), __2010__ (year)

Drawn Signature _____

PRINTED NAME OF PLANTIFF    CHRIS REICHERT

ADDRESS  325 EAST SAINT JOE STREET APT 17 RAPID CITY

EMAIL  rcreichert@yahoo.com   TELEPHONE  6057872977    SD 57701

Statement of Facts – presented from charging party; Chris Reichert

I was employed in a temporary position at the Department of State; yet they kept my job duties – hired additional people, gave them my duties, and then let me go. I have included a longer explanation and documents from STATE DEPARTMENT employment appraisals all outstanding – EVERY YEAR.

I am seeking regress from the wrong coding of my job: it should have been permanent; civil service system and tenure was reached. I am seeking the following:
1. Reinstatement
2. Back pay for years to present at gs-09 rate, with steps applied, dc rate
3. Pain and Suffering – if applicable and to be determined
4. Civil Penalties – Department of State – Washington DC
5. Personnel Practice Changes – OPM – so system is without spoils and/or bait & switch tatics from the government office – eliminating positions – temporaries – yet hiring additional full-time staff, fairness of coding, pay level appropriate to duties (appraisal say exceeded gs-09) & career ladder jobs for advancement.