@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@

Pendleton Act and of state civil service laws passed at about the same time was to get rid of the evils of the spoils system.

@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@


.. civil rights issue... FEDERAL GOVERNMENT...CIVIL RIGHTS.. DISCRIMINATION...the civil service system...told see the job was...only temp...


FEDERAL GOVERNMENT...YET THEY HIRED ADDTIONAL WORKERS... FOR SEEs DUTIES...they hired other people at that office...and see had tenure.. because of peace corps...and he served at state for years....see had tenure..and they denied see many things... the foreign service...transition while a civil service worker....that was denied...they had programs for civil service tranisitons and they denied see...and state had..programs that forgive student debt... and that was denied...shit... the court...has problems..now..there were email records... on that...opm... has records. and e-maill..people were lying .................the government is in trouble...see has experience that is verifiable... see had tenure... troubles... the


STATE DEPARTMENT ...while see was there (2001-2004)

... they hired other people in that office...FOREIGN SERVICE.. & CIVIL SERVICE...then they let see go... and he was rated outstanding...and the work....I REPEAT THE WORK WAS NOT TEMPORARY...... so the work wasn't temporary ...jobs only coded temporary if no one else is hired ...office....damn... damn..opm... see is right...they were doing what in the business world is called a bait and switch.... damn... damn..damn...the job... should have been coded... permanent... see is going to win back pay...


they did hire ... they did.. hire additional people.... aclu...see has a case......you want to monitor... then see can stream ..........this live..to... the truth....just the same as you monitored him... go ahead monitor... i know they monitor...


the government has a civil rights fights now.......HUMAN RESOURCES... SEE IS GOOD AND HONEST .. ASSET...THE COURTS HAVE PROBLEMS.... see is an administrator... wants systems... have to be fair... .. TO THE CITIZENS OF THE UNITED STATES...otherwise we lose good people....opm....

TO THE PUBLIC TO THE PRESSS... DAMN THIS MESS...OPM... THAT OFFICE DID HIRE ADDITIONAL PEOPLE...


@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@

All employees and applicants for employment should receive fair and equitable treatment in all aspects of personnel management without regard to political affiliation, race, color, religion, national origin, sex, marital status, age, or handicapping condition, and with proper regard for their privacy and constitutional rights. (5 U.S.C. 2301(b)(2))

@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@


the...office that see worked at..STATE... the job was coded wrong..temporary workers ..that means...

no new hires....for that persons job duties....and they hired people... to do sees work and eliminated see.... the business world calls that a biat and switch... damn... opm.. see gets back pay...see was permanaent...THOSE DUTIES WERE NOT TEMPORARY...THE TEMP JOBS ONLY SUPPOSED TO BE ADDITIONAL..TEMPORARY WORK LOADS...FOR ADDITIONAL WORK LOADS... THAT MEANS..SHIT... SEE IS RIGHT... THE GOVERNMENT NEEDS TO FIX THIS...THEY FUCKED UP...and legislators ....  pay attention....damn... opm.... this is bad...


legilators....how do you apply to a federal job....see is going to bury them... original legislation.... step by step... how qualified individual apply... experience....resources .TO HUMAN RESOURCES... those people jobs is management... and they won't even help with questions of how to apply...that is right see emailed the people on the job announcements...opm..damn...opm...see has records to lawyers...

also the government doesn't seem to want to make accommodations for ada individuals or those saying,TO PEOPLE...TO THE CITIZENS... CUSTOMERS... TO SEARS...YOU ALWAYS ASSIST ..A PERSON..HAND I CAP OR NOT A HANICAPPED PERSON...REGARDLESS OF IF A HANDICAP EXISTS...

you assisted me, I appreciate that and any further assistance Dakota Legal Plains Services; would be greatly appreciated....

Government:  I emailed... and they said only way to apply was internet or mail-----

BAD CUSTOMER SERVICE ............ NOT HELP SOMEONE WITH QUESTIONS...BUSINESS WORLD...see emialed...he has them... EMAILED ALL THE REQUIRED DOCUMENTS....documents.....and SEE EMAILED AND ASKED ...now to dakota legal plains and to....THE LAWYERS... NOW... AND TO FAIRNESS...FOR ACCOMODATIONS...see ASKED IF ACCOMODATIONS COULD BE MADE... AND THEY SAID ONLY WAY WAS INTERNET...that means.. they wouldn't give accommodations – for the ADA....SEE ASKED FOR ada accomodations in the email..and was told... internet was only way... DAMN..OPM..DAMN..damn..opm...


the performance appraisals - opm...documents ,,,see has lawyers...

see has a case.. the government is in trouble...

legislators..... need to clarify the civil service system .... the courts....legislators... the system...was supposed to be against spoils... see has a case... THE GOVERNMENT WAS DISCRIMINATING...coding is loop holes...the coding was loop holes... and the courts knew it...spoils...still exist..

the federal government level..civil service..THE CODING... THEY HIRED NEW WORKERS WHEN---2002 and 2003 and 2004...each year the State Department office that see worked at... ---hired new workers...the years... SEE WAS EMPLOYED THERE... at state...AND THEN ELIMINATED SEE.. IS A BAIT AND SWITCH...BUSINESS WORLD IS GOING TO BACK SEE....

the government.... doing illegal practices....see knows this stuff....welcome...SEARS... AND SEE KNOWS HIS SHIT...AND OPM... HAS TO REINSTATE HIM... WITH BACK PAY...

COURTS..and then see wins additional damages...OPM.. DAMN...THE job was coded wrong... they hired additonal people to do sees duties.. and then let him go....

the civil service system in trouble... and see.. the evaluations... say outstanding... and

NOT TRANSITIONing THE TEMP....AND HIRING ADDITIONAL PEOPLE MEANS.. THE JOB.. WAS NOT TEMPORARY... THAT MEANS... THE JOB WAS CODED WRONG... OPM... SEE IS RIGHT.... spoils...explain this...opm... outstanding performance appraisals... outstanding and awards... ... assitance...aclu... . the government has problems... the financial industry... banks.... lawsuits... sued...damn the ...financial industry in trouble..see credit... his pain and suffering.. homelessnesses.. they fucked up...civil service system... the U.S.===roman coded law corrupt. ....U.S. system is broken....justices ...have problems... legislators... opm... he was rated outstanding...problems...

 legislators... the government has civil service problems now

... see has email records... the courts in trouble...... civil service system...

see worked at state... state department...that is public.... public information... FREEDOM OF INFORMATION...

act..civil service system......

court..now ////see has lawyers... dakota legal plains..and the peace corps legislation... see should have tenure...how to fix this.... to fix this fast and

opm...

@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@

The Merit Systems Protection Board (MSPB) is an independent quasi-judicial agency established to protect Federal merit systems against partisan political and other prohibited personnel practices and to ensure adequate protection for federal employees against abuses by agency management.

The Board carries out its statutory mission by:

• Adjudicating employee appeals of personnel actions over which the Board has jurisdiction, such as removals, suspensions, furloughs, and demotions;

• Adjudicating appeals of administrative decisions affecting an individual's rights or benefits under the Civil Service Retirement System or the Federal Employees' Retirement System;

• Adjudicating employee complaints filed under the Whistleblower Protection Act, the Uniformed Services Employment and Reemployment Rights Act, and the Veterans Employment Opportunities Act;

• Adjudicating cases brought by the Special Counsel, principally complaints of prohibited personnel practices and Hatch Act violations;

• Adjudicating requests to review regulations of the Office of Personnel Management that are alleged to require or result in the commission of a prohibited personnel practice-or reviewing such regulations on the Board's own motion;

• Ordering compliance with final Board orders where appropriate; and

• Conducting studies of the Federal civil service and other merit systems in the Executive Branch to determine whether they are free from prohibited personnel practices.


.opm......

damn the system could be in trouble... see should have been tenured... the courts in trouble.... the civil system...the civil service system......and

@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@

Generally, appeals are heard by the United States Court of Appeals for the Federal Circuit. However, appeals involving claims of discrimination are heard in federal district court.[1]

@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@

see took .....foreign service exam... U.S. government flunked him...three times...and you have to wait... that means ....he tried three different years...and then applied for civil service...and competed... verbal phone test... there are witnesses....COMPETED AND GOT THE JOB...got a job at state (2001)

the job was advertised...public ........the job was advertised... public............that was after peace corps 1998-2000)... successful government service too... documents... they hired him... they interviewed him over the phone...that means his verbal is impressive too.. STATE>>>>that means a competition>>>>...there was a referral list...he interviewed... it was competitive..it was competitive opm... his tenure..... was successful competing for a civil service job...2001.. hired him civil service .. State ...that was the fourth year he applied...to

STATE...should STATE should have transitioned him to career ladder jobs... or TO FOREIGN SERVICE..SEE APPLIED.. TO THE foreign service...civil service transitions.. that was 2002 or 2003 ...can't remember.... should be records opm...and was told his job code was wrong...the government... government ... courts got problems... now....

@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@

++++Recruitment should be from qualified individuals from appropriate sources in an endeavor to achieve a work force from all segments of society, and selection and advancement should be determined solely on the basis of relative ability, knowledge and skills, after fair and open competition which assures that all receive equal opportunity.

(5 U.S.C. 2301(b)(1))

@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@

wrong coded job...THAT IS THE ARGUMENT...THE JOB... THE JOB... WAS CODED WRONG...

OPM...STATE NEEDS LADDER JOBS...to ladder jobs...level was gs-09 yet performance appraisals said duties exceeded... gs-09......stated in performance appraisals...

***********and see applied to transition to overseas work...foreign service - so he could work overseas..s ...while at STATE (2001-2004) ...a gs-09 job...job coded .....

the civil service system...understands it you either have appointments... political

or civil service workers that get tenure..period.. that is right opm...

the loop holes... they spoils..

state..see should have been transitionded too...HE TRIED to transition... state has a program for civil service transitions....to embassy work...FOR CIVIL SERVICE TRANSITIONS... cabled information...to embassies...opm... this is looking bad..announced in cables ....to emabassies around the world...the email records... back up court...see has alot of records...

OPM...if the job was coded temporary... yet the ... and the duties... were transfered to other people.. ie the hires.... and they should have trasitioned him... see was denied so many things... they kept saying...no...they  you can't transition to overseas embassy work.. is foreign service ///they wouldn't let see transition either...SEE WAS DISCRIMINATED AGAINST

...see was discriminated against...THAT IS RIGHT OPM...(2001-2004...aclu..gov kept saying....... the wrong job code...that was the excuse... ACLU....courts... .civil service system is going to get better...see is a diplomate....and a damn good one...  be fair....see is diplomatic.. now he negotiating tough.. you going to see.......... people back up...he diplomatic...

legislators... see should have transitioned... see evaluations at STATE WERE EXCEPTIONAL...OUTSTANDING RATINGS..system...see had higher level reviews... from ranking officials...

to ranking officials... the evaluations have more than one appraiser.... that is right...see rankings ... reflect his work... and the reviewer - higher level stated...duties exceeded gs-09... see should have never been let go... that is right...opm...this goes to courts.. see sees is feedup with the run-around....see qualified.... civil service SYSTEM.. merit promotion..and tenure... where is sees tenure... see qualifies...STATE PROMOTE he had creditable peace corps ....and OPM>>>see turned in the forms... and email records...email records...OPM there are records...vacations longer... yeap... see is winning and ... where was sees tenure...the courts ..going to lose....fight....smart administrator .opm ...where are the transitional 11s .... where they at ...STATE...diplomatic see was... this is a nightmare.... court...and see is going to win.. see is using.. ....now they going to see tough edge diplomacy... suffered...see suffered... effected career...this involves the civil service system...

 system wide harrassment... see was being treated unfairly... courts *****see has a case.. if they were using the temp jobs...  as spoils...OPM...

STATE .. and where are the the career ladder jobs ...opm... they need those now..the transitional 11s where see could transition...they have to have transitional jobs.. or discriminations...so the 9's such as see could transition at need to have some career ladder ..see should have transitioned to a 11..he had

four years at 9 and two years... creditable peace corps..also... counts... opm... this involves peace corps too...... civil service ...promotions and tenure.......explain why he wasn't promoted ....STATE RATED HIM OUTSTANDING...right there in the evaluations... and


comments from ranking offcials... and they stated.. he performed duties greater than nine. the evaluations... THERE...that is right aclu...you rated him outstanding ... see was outstanding...opm...state needs career ladder jobs... those that allow for training internally too... other agenices sees tenure....why wasn't he promoted...


courts trouble........see is suing....hopefully this was not discriminiation... yet... my gut feels funny....seems to be ... back pay.....opm... ...see is going to seek back pay....see deserves back pay... this was discrimination..look at the number of workers in state the number of temps 1-4years too and the job coding.... and hired additional people in that office and ....and see was let go after an election year..... 2004...fishy......ask these questions...if there is a difference on elections years... if so .. see may have a case ... spoils...legislators...the civil service legislation......


for a strong & honest .. acountable government...public... public...a..see is that good verbally.. well he was hired at STATE THROUGH THE PHONE... INTERVIEW...and he sent ksas and applications... all correct...that was there evaluation... that was the test......public...SEE GOING PUBLIC... ALOT OF THINGS GOING TO GET FAIR...THE SYSTEM IS GOING TO GET BETTER....


sees guts,,,gut still feels funny ...still feels funny ...and is usually right... ask them...questions


 how many temporary positions STATE ... ON THE ELECTION YEARS....on the election years ... STATE....then what the job duties of the civil servants are.... ..you going to find civil servants...they in the lower jobs...at State.

and then press needs the records...FREEDOM OF INFORMATION...ACT GOVERNMENT


how many temp jobs are at State..how many were transitioned and

how many let go...& look at election years

how many foreign service jobs compared to civil service jobs... and the duties...

responsiblities&pay should be equal



U.S. Department of State

## EMPLOYEE PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL REPORT
### GENERAL SCHEDULE, SENIOR LEVEL AND PREVAILING RATE EMPLOYEES

| SECTION I - EMPLOYEE DATA |
|---|

Employee Name *(Last, First, Middle)*
**REICHERT**      **Chris**

Social Security Number

Position Title **Program Coordinator**

Period Covered

Office Symbol **ECA/A/L/W**

From: *(mm-dd-yyyy)* _____ 01-01-03 _____

Pay Plan, Series, and Grade **GSA-09/301/Step 02**

To: *(mm-dd-yyyy)* _____ 12-31-03 _____

Type of Report: ☒ Rating of Record or    Interim Rating:    (a) Employee Departure ☐    (b) Change of Rating Official ☐    or (c) Other ☐

| SECTION II - PERFORMANCE PLAN - JOB ELEMENTS AND PERFORMANCE STANDARDS |
|---|

**PART 1 -- CERTIFICATION OF PERFORMANCE PLAN - JOB ELEMENTS and PERFORMANCE STANDARDS:**

A. ☒ The rating official and employee agreed to the Performance Plan on _____ 06-20-03 _____ *(Date (mm-dd-yyyy)).*

B. ☐ If changes were made to the performance plan during the rating period, explain the change below and specify the date of the change.

C. ☐ The rating official and the employee did not agree on the Performance Plan, therefore, the rating official has informed the employee of

the decision to establish the Plan and provided a copy of the Plan to the employee on _____ *(Date (mm-dd-yyyy)).*

Kenneth M. Jenson
Type Name of Rating Official

Signature of Employee     06-20-2003   Date *(mm-dd-yyyy)*

Signature of Rating Official     06-20-03   Date *(mm-dd-yyyy)*

Signature of Reviewing Official     06-20-2003   Date *(mm-dd-yyyy)*

**PART 2 -- GENERIC PERFORMANCE STANDARDS:** The Generic Performance Standards are the primary basis for assigning element ratings in the Department of State. The Generic Performance Standards define levels of performance in terms of quality, quantity and extent of supervision required. The following definitions have been condensed. For the complete Generic Performance Standards (including standards for supervisory positions), refer to form DS-1966A, Generic Performance Standards.

**Outstanding:** This is a level of exceptionally high-quality performance. The quality and quantity of the employee's work substantially exceeds the fully successful standard and rarely leave room for improvement.
**Excellent:** This is a level of unusually good performance. The quality and quantity of work under this element are consistently above average.
**Fully Successful:** This is a level of good, sound performance. The quality and quantity of the employee's work under this element are those of a fully competent employee. The performance represents a level of accomplishment expected of a great majority of employees.
**Unacceptable:** The quality and quantity of the employee's work under this element are not adequate. The employee's work products fall short of requirements.

| Name of Employee | REICHERT, Chris | SSN: |
|---|---|---|

**PART 3A -- CRITICAL & NON-CRITICAL JOB ELEMENTS:** A job element is a statement of the major work assignments and responsibilities. Job elements should be clear, concise and consistent with the objectives of the organization and the requirements established for other employees with similar responsibilities. Once the job elements are established, they must be designated as critical or non-critical. (At least *one* element must be critical.) *A critical job element* is a work assignment or responsibility of such importance that unacceptable performance on the element would result in a determination that an employee's overall performance is unacceptable. A Performance Plan may contain up to a combined maximum of *five* critical and non-critical job elements (including mandatory elements such as "Supervision and Office Management", "Internal Controls", and/or "Security Awareness"; and no more than *two* "additional" elements. *(See instructions for definitions of non-critical and "additional" job elements.)*

**ELEMENT APPRAISAL:** Assess the employee's performance and assign an appraisal level that best describes the level achieved.   O = Outstanding; E = Excellent; FS = Fully Successful; U = Unacceptable.

| JOB ELEMENT DESCRIPTION | ELEMENT APPRAISAL |
|---|---|

**JOB ELEMENT 1**

☒ Critical   ☐ Non-Critical

|  | O | E | FS | U |
|---|---|---|---|---|
|  | ☒ | ☐ | ☐ | ☐ |

PROGRAM MANAGEMENT:
Supports the program officer in planning and executing all components of the English Language Fellow Program; establishes and maintains professional contacts with government and private sector officials; coordinates the process of grant solicitation and review; assists in the distribution and tracking of the solicitation package and proposal submissions; supports the program officer in all aspects of grant panel preparation and panel review; coordinates planning and assists the grantee organization in the execution of orientation workshops for EL Fellows; works with the program officer to develop new program initiatives and special projects.

**JOB ELEMENT 2**

☒ Critical   ☐ Non-Critical

|  | O | E | FS | U |
|---|---|---|---|---|
|  | ☒ | ☐ | ☐ | ☐ |

ADMINISTRATIVE:
Prepares analytical and statistical program reports; designs, develops, and implements tracking and statistical systems using a variety of up-to-date computer applications; monitors posts' requests for EL Fellows; maintains Fellow program files and records; oversees websites for the grantee organization and the Fellow program office; provides appropriate correspondence for exchange program inquiries, including e-mail, letters, cables, and grant documents; works with the grantee organization to ensure the widest possible distribution of program information.

**JOB ELEMENT 3**

☒ Critical   ☐ Non-Critical

|  | O | E | FS | U |
|---|---|---|---|---|
|  | ☒ | ☐ | ☐ | ☐ |

FINANCIAL:
Tracks multiple budget accounts for the English Language Fellow Program and assists in the design of the English Language Specialist Program budget sheet; assists program officers in budget planning and formulation; monitors and analyzes commitments and obligations to forecast potential savings or shortfalls; serves as a liaison with colleagues, department officials, and grantee organization on all financial components of the program; responds to internal and external requests for financial and statistical data on the Fellow and Specialist Programs.

| Name of Employee | REICHERT, Chris | SSN: |
|---|---|---|

**JOB ELEMENT 4**

☐ Critical   ☒ Non-Critical

| O | E | FS | U |
|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ |

SECURITY AWARENESS:
Complies with all appropriate controls and procedures to protect organizational integrity and prevent unauthorized use or misappropriation of all classified and sensitive but unclassified) material and equipment in assignment area(s);
reports instances of security violations/problems to appropriate supervisory /management official; assumes personal responsibility for safeguarding classified and sensitive (but unclassified) material and equipment within assignment area(s).

**JOB ELEMENT 5**

☐ Critical   ☐ Non-Critical

| O | E | FS | U |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

PART 3B -- ADDITIONAL JOB ELEMENTS: Rating officials have an option of using "additional" job elements. Please read the paragraph below on the appropriate use of "additional" elements before proceeding:
"Additional" job elements are an aspect of individual, team, or organizational performance. "Additional" elements are not used in assigning the overall summary level. "Additional" job elements may be used to: communicate work objectives; performance expectations for teams, groups or organizations; and to provide feedback to employees on their individual performance of developmental assignments and on details that are less than 120 days. "Additional" elements need not be appraised at any particular level, or be included in the initial Performance Plan. No more than two "additional" elements can be used in an appraisal period. The Unacceptable level is not used when "additional" elements are appraised.

**ADDITIONAL JOB ELEMENT 1**

| O | E | FS |
|---|---|---|
| ☐ | ☐ | ☐ |

**ADDITIONAL JOB ELEMENT 2**

| O | E | FS |
|---|---|---|
| ☐ | ☐ | ☐ |

| Name of Employee | **REICHERT, Chris** | SSN: |
|---|---|---|

## SECTION III - NARRATIVE SUMMARY

The rating official must provide narrative that assesses the employee's accomplishments for each critical and non-critical job element. Describe how the employee's performance exceeded, met or did not meet the Generic or other approved performance standard.

Program Management

With the increased demand by Embassies for English Language Programs, the responsibilities for effectively managing a dynamic English Language Fellow program have multiplied. To handle these demands, the program team has implemented new initiatives to streamline routines of the program and be more responsive to Embassy needs. A major focus has included greater collaboration and communication with the grantee organization -- The School for International Training (SIT). A comprehensive handbook on procedures of the program with revised guidelines has been produced. In order to communicate these changes and better meet program objectives, the program team has initiated closer collaboration with the regional bureaus and enlisted their help to be sure Embassies understand the procedures and the goals of the program. One regional group of Foreign Service Nationals has been trained in these new procedures and the team hopes to replicate the training in other regions.

Administrative

Chris excels in the multi-faceted tasks with the program team managing the English Language Fellow program. Despite all the administrative work for the program, he always finds time to offer his assistance to other members of the staff which reflects his spirit of team work as well as his abilities. The following example gives an idea of the complexity of the tasks involved.

This year the Office of English Language programs is conducting a series of mid-year conferences to promote regional ties, improve the capacity of host country counterparts, and facilitate better management of English programs in Embassy's around the world. The program management team for the Fellow program has been responsible for all aspects of these conferences, unlike past years when the service organization took on this task. This has meant collaborating with Regional English Language Office overseas, communicating with regional public diplomacy offices, drafting budgets, requesting funds, developing justifications, and advocating for funding. These tasks have required innovative communication techniques, including e-mails, teleconferences, digital video conferencing, graphic presentations, memos, letters, handbooks, etc.

Financial

During the past year the English Language Fellow budget was increased, involving an extremely complicated tapestry of 8 different funding sources. Chris played an active role in this process and took the lead on coordinating funding for countries with significant Muslim populations. Together with the program officer, the two effectively managed funds, collaborated to get additional funds from regional bureaus, and established more coherent reporting procedures for Posts working with the program. Over the past two years, Chris's effectiveness has increased due to a better understanding of the rules and procedures used in the Department and the Bureau.

Security

Chris continually demonstrated that he has an understanding of the Department regulations and procedures for safeguarding classified and sensitive information. He has taken an active role in keeping the information that comes to the office secure and engages other employees to do likewise

| Name of Employee | REICHERT, Chris | SSN: |
|---|---|---|

## SECTION III - NARRATIVE SUMMARY

**CONTINUATION SHEET:** *This page may be used as a Continuation Sheet for the Narrative Summary, Employee and/or Reviewing Official Comments:*

| Name of Employee | REICHERT, Chris | SSN: | |
|---|---|---|---|

### SECTION IV - SUMMARY LEVEL DETERMINATION, RATING OFFICIAL'S APPROVAL, AND EMPLOYEE COMMENTS

**PART 1 -- SUMMARY LEVEL DETERMINATION:** When a *rating of record* or an *interim performance* rating is prepared, an overall summary level must be assigned to the rating. Based on the level assigned to each critical and non-critical job element, rating officials must use the instructions below to determine the employee's overall summary level. Prior to documenting the summary level determination on the appraisal form, the rating official must share and discuss a draft of the appraisal report and the proposed summary level determination with the employee. The employee must also have an opportunity to comment formally on his/her final appraisal report in *Part 3* below. *(See instructions for additional guidance.)*

**Outstanding:** The majority of elements (critical and non-critical) have been rated at the Outstanding level with the remainder being rated no lower than Excellent. ☒

**Excellent:** The majority of elements (critical and non-critical) have been rated at the Excellent level or above, with the remainder being rated no lower than Fully Successful. Exceptions: (1) When one of two or two of four elements are rated at the Outstanding level and the remainder are rated no lower than Fully Successful, the overall rating would be Excellent; (2) When a majority of elements (critical and non-critical) are rated at the Outstanding level and a remaining non-critical element is rated Unacceptable, the overall summary level is Excellent (this should rarely occur). ☐

**Fully Successful:** All critical elements have been rated at least Fully Successful. Unacceptable on a non-critical element results in an overall summary level of Fully Successful. ☐

**Unacceptable:** One or more critical elements has been rated Unacceptable. ☐

**PART 2 -- RATING OFFICIAL'S APPROVAL OF THE RATING OF RECORD *or* INTERIM PERFORMANCE RATING** *(See Type of Appraisal Report in Section I)*

Signature of Rating Official          01-28-2004
                                      Date *(mm-dd-yyyy)*

**PART 3 -- EMPLOYEE COMMENTS** *(Optional)*. You may use this section to comment on your performance for this appraisal period. You may also indicate the extent to which your supervisor helped develop your knowledge, skills and abilities.

| Name of Employee | REICHERT, Chris | SSN: |
| --- | --- | --- |

## SECTION V - CERTIFICATION OF PROGRESS REVIEW, REQUEST FOR HIGHER LEVEL REVIEW, APPROVAL BY THE REVIEWING OFFICIAL, AND APPRAISAL DISCUSSION

**PART 1 -- PROGRESS REVIEW CERTIFICATION:** The supervisor is required to have at least one progress review during the appraisal period, usually in mid-cycle. This discussion should involve a review of the employee's job elements and performance standards, strengths, weaknesses, performance deficiencies, recommendations for improvement, developmental training and assignments, and supervisory expectations for the remainder of the appraisal period. *(The optional Progress Review form DS-1967 may be used to facilitate discussion, but it does not become part of this appraisal report.)* Indicate Date(s) *(mm-dd-yyyy)* of **Progress Review(s) and sign below:**

(1)  06-16-2003          (2)                          (3)

Signature of Rating Official          Date *(mm-dd-yyyy)*  01-28-2004          Signature of Employee          Date  01-28-2004

**PART 2 -- EMPLOYEE'S REQUEST FOR A HIGHER LEVEL REVIEW BY THE REVIEWING OFFICIAL:**
I understand that I may request a higher level review of my appraisal report by the reviewing official.

☒ I do                    ☐ I do not request a higher level review.

Signature of Employee          01-28-2004
Date *(mm-dd-yyyy)*

**PART 3 -- REVIEWING OFFICIAL'S APPROVAL OF RATING OF RECORD or INTERIM PERFORMANCE RATING:**
Reviewing official completes this section when the employee opts for a higher level review. Comments are required when the rating is changed or the overall summary rating is unacceptable.
The Final Summary Level Determination is:

☒ OUTSTANDING          ☐ EXCELLENT          ☐ FULLY SUCCESSFUL          ☐ UNACCEPTABLE

**REVIEWING OFFICIAL'S COMMENTS** *(Use continuation sheet for additional comments)*:

Mike Jenson has accurately outlined Chris' many achievements in the past year. It is important to emphasize, however, that Chris has gone way beyond his job description and his performance grade in carrying out an extremely wide range of responsibilities in a rapidly growing program. I think it is fair to say that he and his immediate "supervisor," the program officer with whom he works, are equal partners in implementing the Fellows program. Chris has worked alongside her in dealing with the posts, the programming agency, and the Fellows to ensure a smooth-running program. He has designed almost all the data bases the program requires. This year, he took a major role inredesigning the evalutation procedure to determine which projects the Office would fund, and it was he who ran the panels, collated the information, and put it into a format which would guide the geographic bureaus to make their decisions. In the Program Manager's absence, Chris actually negotiated the priority lists with representatives of the geographic bureaus. Chris also took on major responsibility for coordinating and implementing a series of four mid-year conferences for Fellows. He helped develop

Signature of Reviewing Official          02-12-2004
Date *(mm-dd-yyyy)*

**PART 4 -- APPRAISAL DISCUSSION:** We acknowledge that an appraisal discussion was held and that the employee has been provided with a copy of his/her appraisal report. The employee's signature on this appraisal report acknowledges receipt of the rating and does not constitute agreement with the rating.

Signature of Rating Official          01-29-2004
Date *(mm-dd-yyyy)*          Signature of Employee          01-29-2004
Date *(mm-dd-yyyy)*

☐ The employee has not signed this appraisal report. This appraisal is being submitted in accordance with 3 FAM 2820, and the employee has received a copy of it.

## SECTION VI -- TECHNICAL REVIEW

A technical review of this rating has been completed in accordance with 3 FAM 2827.3.

Signature of Executive Director/Designate          Date *(mm-dd-yyyy)*

a model agenda, communicated with RELOs in the field, and helped ensure that the money flowed properly. When I have a question about the program, I feel equally confident addressing it to the Program Officer or Chris. The Fellows program has grown by a third since Chris was hired, and it is undergoing an extensive analysis to ensure that Fellows understand and help achieve our overall goals. Chris's responsibilities are far more sophisticated than we expected them to be when we originally hired him. This is partly due to the growth of the program and partly due to his outstanding ability and performance. In my experience in ECA, it is unusual that a person at Chris' rank (GS-9) would be able to take on the level of responsibility he has and to carry out those responsibilities in such an accomplished, professional manner.

Onie Kerr



**U.S. Department of State**
# EMPLOYEE PERFORMANCE PLAN, PROGRESS REVIEW AND APPRAISAL REPORT
## GENERAL SCHEDULE, SENIOR LEVEL AND PREVAILING RATE EMPLOYEES

### SECTION I - EMPLOYEE DATA

**Employee Name** *(Last, First, Middle)*
**REICHERT**          Chris

**Social Security Number**

**Position Title** Program Coordinator

**Period Covered**

**Office Symbol** ECA/A/L/W

From: *(mm-dd-yyyy)* _____ 01-01-2002 _____

**Pay Plan, Series, and Grade** GSA-09/301/Step 02

To: *(mm-dd-yyyy)* _____ 12-31-2002 _____

Type of Report: ☒ Rating of Record or          Interim Rating:          (a) Employee Departure ☐          (b) Change of Rating Official ☐          or (c) Other ☐

### SECTION II - PERFORMANCE PLAN - JOB ELEMENTS AND PERFORMANCE STANDARDS

**PART 1 -- CERTIFICATION OF PERFORMANCE PLAN - JOB ELEMENTS and PERFORMANCE STANDARDS:**

A. ☒ The rating official and employee agreed to the Performance Plan on          04-10-02          *(Date (mm-dd-yyyy)*

B. ☐ If changes were made to the performance plan during the rating period, explain the change below and specify the date of the change.

C. ☐ The rating official and the employee did not agree on the Performance Plan, therefore, the rating official has informed the employee of
the decision to establish the Plan and provided a copy of the Plan to the employee on _____ *(Date (mm-dd-yyyy)*

Kenneth M. Jenson
Type Name of Rating Official

Signature of Employee                     03-12-03
                                          Date *(mm-dd-yyyy)*

Signature of Rating Official          03-12-03
                                      Date *(mm-dd-yyyy)*

Signature of Reviewing Official          3/2/03
                                         Date *(mm-dd-yyyy)*

**PART 2 -- GENERIC PERFORMANCE STANDARDS:** The Generic Performance Standards are the primary basis for
assigning element ratings in the Department of State. The Generic Performance Standards define levels of
performance in terms of quality, quantity and extent of supervision required. The following definitions have been
condensed. For the complete Generic Performance Standards (including standards for supervisory positions), refer to
form DS-1966A, Generic Performance Standards.

**Outstanding:** This is a level of exceptionally high-quality performance. The quality and quantity of the employee's
work substantially exceeds the fully successful standard and rarely leave room for improvement.
**Excellent:** This is a level of unusually good performance. The quality and quantity of work under this element are
consistently above average.
**Fully Successful:** This is a level of good, sound performance. The quality and quantity of the employee's work under
this element are those of a fully competent employee. The performance represents a level of accomplishment
expected of a great majority of employees.
**Unacceptable:** The quality and quantity of the employee's work under this element are not adequate. The
employee's work products fall short of requirements.

| Name of Employee | **REICHERT, Chris** | SSN: |
|---|---|---|

**PART 3A -- CRITICAL & NON-CRITICAL JOB ELEMENTS:** A job element is a statement of the major work assignments and responsibilities. Job elements should be clear, concise and consistent with the objectives of the organization and the requirements established for other employees with similar responsibilities. Once the job elements are established, they must be designated as critical or non-critical. (At least *one* element must be critical.) *A critical job element* is a work assignment or responsibility of such importance that unacceptable performance on the element would result in a determination that an employee's overall performance is unacceptable. A Performance Plan may contain up to a combined maximum of *five* critical and non-critical job elements (including mandatory elements such as "Supervision and Office Management", "Internal Controls", and/or "Security Awareness"; and no more than *two* "additional" elements. *(See instructions for definitions of non-critical and "additional" job elements.)*

**ELEMENT APPRAISAL:** Assess the employee's performance and assign an appraisal level that best describes the level achieved. O = Outstanding; E = Excellent; FS = Fully Successful; U = Unacceptable.

| JOB ELEMENT DESCRIPTION | | ELEMENT APPRAISAL | | |
|---|---|---|---|---|

**JOB ELEMENT 1**

☒ Critical ☐ Non-Critical

|  | O | E | FS | U |
|---|---|---|---|---|
|  | ☒ | ☐ | ☐ | ☐ |

Management:

Supports the program officer in planning and executing all components of the English Language Fellow Program; establishes and maintains professional contacts with government and private sector officials; coordinates the process of grant solicitation and review; assists in the distribution and tracking of the solicitation package and proposal submissions; supports the program officer in all aspects of grant panel preparation and panel review; coordinates planning and assists the grantee organization in the execution of orientation workshops for EL Fellows; works with the program officer to develop new program initiatives and special projects.

**JOB ELEMENT 2**

☒ Critical ☐ Non-Critical

|  | O | E | FS | U |
|---|---|---|---|---|
|  | ☒ | ☐ | ☐ | ☐ |

Administrative:

Prepares analytical and statistical program reports; designs, develops, and implements tracking and statistical systems using a variety of up-to-date computer applications; monitors posts' requests for EL Fellows; maintains Fellow program files and records; oversees websites for the grantee organization and the Fellow program office; provides appropriate correspondence for exchange program inquiries, including e-mail, letters, cables, and grant documents; works with the grantee organization to ensure the widest possible distribution of program information.

**JOB ELEMENT 3**

☒ Critical ☐ Non-Critical

|  | O | E | FS | U |
|---|---|---|---|---|
|  | ☒ | ☐ | ☐ | ☐ |

Financial:

Tracks multiple budget accounts for the English Language Fellow Program and assists in the design of the English Language Specialist Program budget sheet; assists program officers in budget planning and formulation; monitors and analyzes commitments and obligations to forecast potential savings or shortfalls; serves as a liaison with colleagues, department officials, and grantee organization on all financial components of the program; responds to internal and external requests for financial and statistical data on the Fellow and Specialist Programs.

| Name of Employee | REICHERT, Chris | SSN: | | | | |
|---|---|---|---|---|---|---|

| **JOB ELEMENT 4** | | | O | E | FS | U |
|---|---|---|---|---|---|---|
| ☒ Critical   ☐ Non-Critical | | | ☒ | ☐ | ☐ | ☐ |

Security Awareness:

Complies with all appropriate controls and procedures to protect organizational integrity and prevent unauthorized use or misappropriation of all classified and sensitive but unclassified) material and equipment in assignment area(s); reports instances of security violations/problems to appropriate supervisory /management official; assumes personal responsibility for safeguarding classified and sensitive (but unclassified) material and equipment within assignment area(s).

| **JOB ELEMENT 5** | | | O | E | FS | U |
|---|---|---|---|---|---|---|
| ☐ Critical   ☐ Non-Critical | | | ☐ | ☐ | ☐ | ☐ |

.

**PART 3B -- ADDITIONAL JOB ELEMENTS:** Rating officials have an option of using "additional" job elements. Please read the paragraph below on the appropriate use of "additional" elements before proceeding: "Additional" job elements are an aspect of individual, team, or organizational performance. "Additional" elements are not used in assigning the overall summary level. "Additional" job elements may be used to: communicate work objectives; performance expectations for teams, groups or organizations; and to provide feedback to employees on their individual performance of developmental assignments and on details that are less than 120 days. "Additional" elements need not be appraised at any particular level, or be included in the initial Performance Plan. No more than two "additional" elements can be used in an appraisal period. The Unacceptable level is not used when "additional" elements are appraised.

| **ADDITIONAL JOB ELEMENT 1** | | O | E | FS |
|---|---|---|---|---|
| | | ☐ | ☐ | ☐ |

| **ADDITIONAL JOB ELEMENT 2** | | O | E | FS |
|---|---|---|---|---|
| | | ☐ | ☐ | ☐ |

| Name of Employee | **REICHERT, Chris** | SSN: | . |

### SECTION III - NARRATIVE SUMMARY

The rating official must provide narrative that assesses the employee's accomplishments for each critical and non-critical job element. Describe how the employee's performance exceeded, met or did not meet the Generic or other approved performance standard.

Chris Reichert continued to provide outstanding support for the Office of English Language Programs during the rating period. With a significant increase in the overall prominence of English Language Programming within the Department and increasing demand by embassies for programs, the English Language Fellow Program staff was challenged both to meet the demands and to improve the quality of programs. With Chris' knowledge, skills, and abilities the office met these demands within the budgetary constraints of Office funding.

Program Management
With enthusiasm and a positive outlook, Chris continued to develop and strengthen professional contacts for the office in the professional community, both within the U.S. and among host institutions around the world. He maintained liaison between the office and various Department geographical Public Diplomacy offices, informing them of our policies and actions and reporting the concerns of these offices. This was particularly vital with the intense attention now being given to education in countries with a Muslim population concentration and the accompanying funding which has to be carefully allocated and tracked.

Administrative
Without a doubt, Chris' greatest contribution to the Fellow program has been his evolving work in setting up comprehensive tracking mechanisms for the program. He began working on discrete portions of the program during his first year in the job, and using his considerable expertise with computer applications, Chris has now developed a set of comprehensive Excel workbooks. These contain information and statistics on Project descriptions, Host institution details, Fellow duties, Embassy MPP goals, Grant costs including cost sharing by host and post, and detailed cost allocations with projected future funding projections. Having a complete, ' integrated set of Excel workbooks with the pertinent program information is an invaluable tool for all levels of the Office management staff. These can be tapped for the specific statistics requested by frequent 'taskers' from above.

Applying his negotiation skills and utilizing his close working relationship with our Office web master, Chris facilitated a major revision in the grantee organization's website. The range of revisions contributed to a more professional perception of the program, increased the visibility of English Language Fellow projects, and decreased the workload for our internal webmaster.

Financial
Chris continued working with the program officer to make modifications to the financial management system that he initiated during the prior year. These modifications provided a more efficient management and tracking tool, not only for the Fellow program staff but also for the entire Office. Throughout the year, both Chris and the program officer participated in regional assistance reviews, consultations with Public Affairs Officers, and meetings with funding coordinators in an effort to maximize the use of funding for English Language Fellows. These efforts resulted in substantial increases to traditional funding sources, as well as additional funding for the development of new projects in Muslim areas. At the end of this process, funding for the Fellow program has increased from a base of $1.3 million to an anticipated $5.5 million for academic year 2003-2004. Chris' grasp of budgetary issues and his ability to track multiple funding sources, along with a genuine sense of teamwork and excellent communication skills has been invaluable in the growth of the program.

Security Awareness
Chris has set an example for staff members by insuring that all appropriate controls and procedures were followed for classified, SBU, and unclassified materials. He is also vigilant about keeping his security information up-to-date by attending departmental and bureau-wide sessions on computer security and appropriate protocol for the PDNET system.

| Name of Employee | **REICHERT, Chris** | SSN: |
|---|---|---|

| **SECTION IV - SUMMARY LEVEL DETERMINATION, RATING OFFICIAL'S APPROVAL, AND EMPLOYEE COMMENTS** |
|---|

**PART 1 -- SUMMARY LEVEL DETERMINATION:** When a *rating of record* or an *interim performance* rating is prepared, an overall summary level must be assigned to the rating. Based on the level assigned to each critical and non-critical job element, rating officials must use the instructions below to determine the employee's overall summary level. Prior to documenting the summary level determination on the appraisal form, the rating official must share and discuss a draft of the appraisal report and the proposed summary level determination with the employee. The employee must also have an opportunity to comment formally on his/her final appraisal report in *Part 3* below. *(See instructions for additional guidance.)*

**Outstanding:** The majority of elements (critical and non-critical) have been rated at the Outstanding level with the remainder being rated no lower than Excellent. ☒

**Excellent:** The majority of elements (critical and non-critical) have been rated at the Excellent level or above, with the remainder being rated no lower than Fully Successful. Exceptions: (1) When one of two or two of four elements are rated at the Outstanding level and the remainder are rated no lower than Fully Successful, the overall rating would be Excellent; (2) When a majority of elements (critical and non-critical) are rated at the Outstanding level and a remaining non-critical element is rated Unacceptable, the overall summary level is Excellent (this should rarely occur). ☐

**Fully Successful:** All critical elements have been rated at least Fully Successful. Unacceptable on a non-critical element results in an overall summary level of Fully Successful. ☐

**Unacceptable:** One or more critical elements has been rated Unacceptable. ☐

---

**PART 2 -- RATING OFFICIAL'S APPROVAL OF THE RATING OF RECORD *or* INTERIM PERFORMANCE RATING**
*(See Type of Appraisal Report in Section I)*

*[signature]*

Signature of Rating Official

03-12-03
Date *(mm-dd-yyyy)*

**PART 3 -- EMPLOYEE COMMENTS *(Optional)*.** You may use this section to comment on your performance for this appraisal period. You may also indicate the extent to which your supervisor helped develop your knowledge, skills and abilities.

IV. Employee Comments

This year I worked extensively with my office colleagues to develop leadership skills, which were identified during the planning of my Individual Development Plan (IDP). The goals of this development plan were to strengthen competencies that I currently use and to acquire new competencies needed for a leadership / supervisory role. Developmental objectives outlined in my IDP were accomplished in the following manner.

Increased skills in Influence / Negotiating were gained through a combination of on-the-job training and self-study. Researching the topic at the local library led to the study of both current and historical texts on negotiation. Texts studied included the following: 'The Art of War', 'The Prince', 'Getting to Yes', 'Leadership Skills of Colin L. Powel', and various professional journal articles. These specific skills were practiced through departmental conference calls, internal and external meetings with educational representatives, and various presentations to English language professionals. Office colleagues, Johanna Kowitz, Mike Jenson, and Janet Wilgus provided mentoring and coaching.

I developed new resource management skills through the study of relevant sections of the Foreign Affairs Manuel (FAM) and by reviewing current management texts and journal articles. Extensive hands-on training was conducted through the mentoring of Senior Program Officer, Catherine Williamson. These activities included the formulation, development, and implementation of a comprehensive fellow budget spreadsheet. This document tracked allocations from multiple budget sources, the number and level of fellows by academic year, and the projected grantee organization costs. Additionally, I gained competence in projecting and justifying budget allocations and grant cost figures.

| Name of Employee | REICHERT, Chris | SSN: |
|---|---|---|

### SECTION V - CERTIFICATION OF PROGRESS REVIEW, REQUEST FOR HIGHER LEVEL REVIEW, APPROVAL BY THE REVIEWING OFFICIAL, AND APPRAISAL DISCUSSION

**PART 1 -- PROGRESS REVIEW CERTIFICATION:** The supervisor is required to have at least one progress review during the appraisal period, usually in mid-cycle. This discussion should involve a review of the employee's job elements and performance standards, strengths, weaknesses, performance deficiencies, recommendations for improvement, developmental training and assignments, and supervisory expectations for the remainder of the appraisal period. *(The optional Progress Review form DS-1967 may be used to facilitate discussion, but it does not become part of this appraisal report.)* **Indicate Date(s)** *(mm-dd-yyyy)* **of Progress Review(s) and sign below:**

(1) ___04-10-02___      (2) ___08-29-02___      (3) _____

_____       03-12-03                                         03-12-03
Signature of Rating Official     Date *(mm-dd-yyyy)*      Signature of Employee       Date

**PART 2 -- EMPLOYEE'S REQUEST FOR A HIGHER LEVEL REVIEW BY THE REVIEWING OFFICIAL:**
I understand that I may request a higher level review of my appraisal report by the reviewing official.

    ☐ I do          ☒ I do not request a higher level review.

_____                                03-12-03
Signature of Employee                              Date *(mm-dd-yyyy)*

**PART 3 -- REVIEWING OFFICIAL'S APPROVAL OF RATING OF RECORD or INTERIM PERFORMANCE RATING:**
Reviewing official completes this section when the employee opts for a higher level review. Comments are required when the rating is changed or the overall summary rating is unacceptable.
The Final Summary Level Determination is:

☐ OUTSTANDING          ☐ EXCELLENT          ☐ FULLY SUCCESSFUL          ☐ UNACCEPTABLE

**REVIEWING OFFICIAL'S COMMENTS** *(Use continuation sheet for additional comments)*:

<br><br><br><br><br><br>

_____
Signature of Reviewing Official                              Date *(mm-dd-yyyy)*

**PART 4 -- APPRAISAL DISCUSSION:** We acknowledge that an appraisal discussion was held and that the employee has been provided with a copy of his/her appraisal report. The employee's signature on this appraisal report acknowledges receipt of the rating and does not constitute agreement with the rating.

_____       03-12-03                                         03-12-03
Signature of Rating Official     Date *(mm-dd-yyyy)*      Signature of Employee       Date *(mm-dd-yyyy)*

☐ The employee has not signed this appraisal report. This appraisal is being submitted in accordance with 3 FAM 2820, and the employee has received a copy of it.

### SECTION VI -- TECHNICAL REVIEW

A technical review of this rating has been completed in accordance with 3 FAM 2827.3.

_____
Signature of Executive Director/Designate                              Date *(mm-dd-yyyy)*

# CHRIS REICHERT

rcreichert@yahoo.com

## EDUCATION

*Minnesota State University*
*Public Administration*
*Dean's List;  Grade Point Average: 3.2 on 4.0 scale*

## EXPERIENCE

*Aramark – 07/08 to present*
The daily maintenance of the South Dakota School of Mines and Technology facilities.  As a part of multiple crews, I was responsible for the upkeep and cleaning of all university buildings.  Buildings needed to be kept pristine to promote future attendance of students, so current buildings could be used for multiple generations, and so that staff had a clean and acceptable place to work and create.

*Labor Ready & Artistic Projects – 06/05 to present*
Various photographic,  artistic projects and temporary jobs. Examples of work include; delivery driving, concrete foundation work, building/renovating, landscaping, manufacturing, and hospitality jobs.  Bids were daily, based on work called into a hub office, for a variety of  projects, both short term (day) and long term (weeks to years).

*Dupont Photographers Inc. - 12/04 to 06/05*
As a professional photographer, at a studio, I handled commercial, publicity, advertising, and location work for clients in D.C. and other metropolitan areas. Duties included handling studio paperwork, photography, daily appointments, and assisting the production team with graphic design, visual design  and printing.

*Department of State - 8/01 to 10/04*
Management with public diplomacy, duties included articulating departmental policy, developing policy guidelines, maintaining professional contacts, reviewing federal grant proposal, writing professional correspondence to governments, maintaining files on program participants, oversight of financial records, projecting budgets, developing conferences, and writing reports.

*Sherman County Development Commission- 2/01 to 4/01*
Contract work, for the development of a multicultural and gender policy. Duties included researching applicable federal and state laws, reviewing comparable policies from surrounding counties, analyzing county demographic information, and attending community meetings. Outreach was provided through public meetings and reviews.

*International Research and Exchange Board  - 8/00 to 12/00*
Public relations and grant management position, for a U.S. government contractor. Responsibilities included managing a small program staff, working with employees in the Armenia field office and central U.S. office, collaborating with international non-governmental organizations, working closely with the Armenian governmental officials, monitoring program budgets, preparing monthly financial statements, weekly reporting, developing written materials for program participants, conducting seminars, promoting the programs through radio, television, and public meetings, and conferences.

*Peace Corps - 5/98 to 7/00*
A consultancy job which promoted local business and community development through education, small grants, and loans. Primary responsibilities included teaching business classes at the local university, establishing and working with local businesses, conducting seminars to strengthen the local business community, consulting with local governmental officials to devise ways to strengthen the business sector, collaborating with international organizations to build businesses.

- ❖ Call 202-647-5225 and ask to speak with or e-mail ecawebsitesmail@state.gov <u>ecawebsitesmail@state.gov</u>
- ❖ With attention or regards to:
  - Ms. Williamson
  - Ms. Kerr
  - Mr. Jenson
  - Ms. Kowitz
- ❖ International Research and Exchange Board
- ❖ Call 202-628-8188 and ask to speak with Zara Oganessian
- ❖ Minnesota State University – Professor
- ❖ Vanda Manahan 507-385-0542
- ❖ Personal Reference – Tom Sitzler 605-787-6629 or 605-209-4565



**From:** Chris Reichert (rcreichert@yahoo.com)
**To:** careers@state.gov;
**Date:** Fri, May 28, 2010 9:19:35 AM
**Cc:**
**Subject:** FM-10-01 ; Alternate way to file application;

Human Resources,

I am attempting to apply to a Foreign Service vacancy; FM-10-01.  I am requesting a alternative route to apply to this vacancy.  Because of the current situation, I am not able to use the mail service,  I was wondering if you could accomodate application through any other means.  Preferably, a fax or a email.  I am sure that these requests are common, with the worldwide situtations that embassy experience around the world.  The following are all the requested documentation.  If additional forms are needed please let me know.  These are in the formats as directed per the instructions.  I sure appreciate this accomodation.

Sincerely,

Chris Reichert

**From:** Chris Reichert (rcreichert@yahoo.com)
**To:** WhitlockDB@state.gov;
**Date:** Wed, June 2, 2010 2:12:44 PM
**Cc:**
**Subject:** Re: FM-10-01 ; Alternate way to file application;

Darlene Whitlock,

Due to personal circumstances I am unable to get to the Postal Office. I do however have fax and email capability from where I am currently located. Is there anyway to accommodate for ada legislation. For those that may have disabilities. Also, I am wondering how the government accommodates for applications during times of national emergencies / disaster areas and for ada legislation. Could you attempt to answer these questions or refer me to someone on staff; possibly your human resources staff or public diplomacy staff. Hopefully, there is a way to find the procedures for extraordinary circumstances or unusual situations. I am sure that staff deal with this at the State Department, that such regulations exist, since often they work in political unrest or unusual or hardship situations.

Thanks for your time and consideration.

Sincerely,

Chris Reichert

**From:** "Whitlock, Darlene B" <WhitlockDB@state.gov>
**To:** Careers <careers@state.gov>; Chris Reichert <rcreichert@yahoo.com>
**Sent:** Fri, May 28, 2010 2:18:56 PM
**Subject:** RE: FM-10-01 ; Alternate way to file application;

Mr. Reichert,
All applications must be sent overnight or through regular mail and postmarked by May 28th we do not have an email address or fax number set up to accept applications.

**From:** Careers
**Sent:** Friday, May 28, 2010 3:53 PM
**To:** 'Chris Reichert'; Whitlock, Darlene B
**Subject:** RE: FM-10-01 ; Alternate way to file application;
**Importance:** High

Thank you for your email which we are forwarding to Ms. Whitlock for direct reply.

**From:** Chris Reichert [mailto:rcreichert@yahoo.com]
**Sent:** Friday, May 28, 2010 11:20 AM
**To:** Careers
**Subject:** FM-10-01 ; Alternate way to file application;

Human Resources,

I am attempting to apply to a Foreign Service vacancy; FM-10-01. I am requesting a alternative route to apply to this vacancy. Because of the current situation, I am not able to use the mail service, I was wondering if you could accomodate application through any other means. Preferably, a fax or a email. I am sure that these requests are common, with the worldwide situations that embassy experience around the world. The following are all the requested documentation. If additional forms are needed please let me know. These are in the formats as directed per the instructions. I sure appreciate this accomodation.

Sincerely,

Chris Reichert

From: Chris Reichert (rcreichert@yahoo.com)
To: EvansLN@state.gov;
Date: Wed, May 26, 2010 9:52:39 AM
Cc:
Subject: IIP-2010-0028

Lucy Evans,

I am inquiring about the application procedures - documents needed for evaluation - alternate transmittal. The current electronic system, would only accept a limited number of documents - does not accept the requested, supplemental information asked per the vacancy announcement; i.e. verifiable doumentation of education - transcripts, letters of recommendation, additional answers to experience / education from educational institutes --- that may not be a university - community education, etc. and documentation over 3mb - (2) U.S. government forms-performance appraisal - adobe format.

So, my question to you is - can this requested documentation be sent and where is it to be directed to. There is no fax number listed, so I am assuming the documentation goes to you. I thank you for your assistance and really appreciate your understanding.

I have attached the supporting documentation. If it doesn't go to you, disregard the documents and instruct me on to where I can send the supporting documents. Thanks for your time and consideration.

Sincerely,

Chris Reichert

**From:** Chris Reichert (rcreichert@yahoo.com)
**To:** joeavue@avuedigitalservices.com;
**Date:** Wed, May 26, 2010 10:11:07 AM
**Cc:**
**Subject:** NSD-10-311(WS)DEU

Willie Smith,

I am inquiring about the application procedures - documents needed for evaluation - alternate transmittal. I am having difficulties and want to know if I can be accomodated, I thought that human resources maybe able to accomodate me.

So, my question to you is - can this requested documentation be sent, with a alternative procedure, i.e. fax or email or mail and where is it to be directed to. There is no fax number listed, so I am assuming the documentation goes to you. I thank you for your assistance and really appreciate your understanding.

I have attached the supporting documentation. If it doesn't go to you, disregard the documents and instruct me on to where I can send the supporting documents. Thanks for your time and consideration.

Sincerely,

Chris Reichert

**From:** Chris Reichert (rcreichert@yahoo.com)
**To:** thomasl22@state.gov;
**Date:** Wed, May 26, 2010 9:20:46 AM
**Cc:**
**Subject:** DS-2010-0341 ---additional documents needed for evaluation - as requested per announcement

LaShawn,

I am requested about the alternate application procedures.  The reason, is because I have verifiable
experience documentation that is over 3mb and the system only accepts documents up to 3mb.

Also, I am already at the limit of documents within the electronic system, I included my resume,
transcripts (2 public higher education universities), some references, a recommendation) - database
application.  To make a long story short the system asks for all documentation; or I may lose
consideration, i.e. documents supporting former U.S. government employment and the electronic
system -no room - allows up to five documents- and limited in size.  To be honest - a person could have
that many education documents (5).

I am sure you deal with this all the time.  I have included the additional document, within this email, can
this be forwarded, or is there a fax number or an alternate procedure that allows for all documentation.

Thanks for your time and consideration.

Sincerely,

Chris Reichert

**From:** Chris Reichert (rcreichert@yahoo.com)
**To:** kangjs@state.gov;
**Date:** Wed, May 26, 2010 9:40:55 AM
**Cc:**
**Subject:** Question DS-2010-0342 - application and supporting documents

Jerry Kang,

I am inquiring about the application procedures - documents needed for evaluation - alternate transmittal.  The current electronic system, would only accept a limited number of documents - does not accept the requested, supplemental information asked per the vacancy announcement; i.e. verifiable doumentation of education - transcripts, letters of recommendation, additional answers to experience / education from educational institutes --- that may not be a university - community education, etc. and documentation over 3mb - (2) U.S. government forms-performance appraisal - adobe format.

So, my question to you is - can this requested documentation be sent and where is it to be directed to. There is no fax number listed, so I am assuming the documentation goes to you.  I thank you for your assistance and really appreciate your understanding.

I have attached the supporting documentation.  If it doesn't go to you, disregard the documents and instruct me on to where I can send the supporting documents.  Thanks for your time and consideration.

Sincerely,

Chris Reichert